UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT KICINSKI, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 2 09 CV 321 |
| ) | |
| ALVERNO CLINICAL LABORATORIES,) | |
| LLC, ) | |
|       Defendant. ) | |

## **ORDER**

Having reviewed the parties Joint Stipulation as to Dismissal, the Court now grants the same and orders that this action shall be dismissed with prejudice.

Date: January 22, 2010                      s/William C. Lee
                                                                             William C. Lee, Judge